Appendix A

United States Courts
Southern District of Texas
FILED

*December 13, 2024*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Brittani Beasley §
§
versus §   CIVIL ACTION NO. _____
§
James E. Harden Jr. §
Monja Willis §
13 Strikes LLC §

Negligence and   **EMPLOYMENT DISCRIMINATION COMPLAINT**

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Brittani Beasley

   Address: 2746 N. Southern Oaks Dr.
   Houston TX. 77068

   County of Residence: _____

3. The defendant is: James E Harden Jr. Monja Willis, 13 Strikes LLC

   Address: 1911 Bagby suite 100
   Houston TX. 77002

   ☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on 11/16/2023 with the Equal Opportunity Commission.

5. On the date of 9/18/2023, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

1

6. Because of the plaintiff's:

(a) ☑ race

(b) ☑ color

(c) ☐ Sex

(d) ☐ Religion

(e) ☐ national orgin,

the defendant has:

(a) ☐ failed to employ the plaintiff

(b) ☐ terminated the plaintiff's employment

(c) ☑ failed to promote the plaintiff

(d) ☑ other: failed to allow plaintiff full scope to fulfill Event Coordinator Responsibilities.

7. When and how the defendants were negligent and discriminatory against the plaintiff:

16. Due to the unethical, illegal and discriminatory practices of Derek Mack, Business Consultant/Director of Operations for THIRTEEN By James Harden, promising contracts on a weekly basis, it caused extreme emotional, physical and financial stress. I lost my housing, Brandalyn lost her car. 1-15, please see attached.

8. The plaintiff requests that the defendant be ordered:

(a) ☐ to stop discriminating against the plaintiff

(b) ☐ to employ the plaintiff

(c) ☐ to re-employ the plaintiff

(d) ☐ to promote the plaintiff

(e) ☑ to pay $6 million dollars to the plaintiff.

2

_____

_____ and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_Brittani Beasley_
(Signature of Plaintiff)

Address: 2746 N. Southern Oaks Dr. Houston TX 77068

Telephone: 346.205.3220

Complaint of Negligence and Employment Discrimination

James Harden and Monja Willis' (owner and manager of 13 Strikes LLC, dba as Thirteen by James Harden) hiring negligence and the illegal and unethical business practices of James Harden, Lesleigh Robinson-HR Partner, John Ricks-Chief Operating Officer, and Derek Mack-Business Consultant and Director of Operations, created a toxic and hostile work environment. Due to being forced to aid in illegal activity, unethical practices and being discriminated against because I am a dark skinned African American woman, I resignation from my position as Event Coordinator.

Committed negligence:

1. Failure to hire competent and non-discriminatory Human Resource Partner during THIRTEEN by James Harden's restructure.
2. Failure to hire competent and non-discriminatory Chief Operating Officer during THIRTEEN by James Harden restructure.
3. Failure to hire non-discriminatory Business Consultant/Director of Operations during THIRTEEN by James Harden restructure.

In January of 2023, due to tax evasion, health code violations, extreme financial debt, etc., THIRTEEN By James Harden was on the brink of being shut down. James Harden hired Derek Mack as the business consultant to restructure the business. Upon his arrival, he and John Ricks, Chief Operating Officer for THIRTEEN made it very clear in management meetings and General staff meetings that one the the goals was to gentrify the business. I supported gentrifying the business. But it requires a competent leadership team in the gentrification and restructuring scope to avoid discriminatory actions during this process. During this process, the civil rights of the employees were not protected. The ethical safety of the employees was not protected. THIRTEEN By James Harden's COO, human resource partner and business consultant/director of operations failed at this task as many of their actions were discriminatory towards the employees.

Commissions of unethical decisions, behaviors and employment discrimination:

1. On April 9th, 2023, due to unethical decisions and employment discrimination based on race and color, I was denied Assistant Manager job description by Lesleigh Robinson, Human Resource Partner for THIRTEEN by James Harden.
2. On or about April 19th, 2023, I was instructed by Derek Mack, Business Consultant and Director of Operations for THIRTEEN By James Harden, to aid in illegal and discriminatory hiring practices based on race and color discontinuing the hiring of African American women and only recruit at predominantly white establishments for white waitresses and white promoters and to recruit Hispanics and/or Latinos.
3. On April 22, 2023, I was instructed to aid in unethical, illegal and discriminatory pay practices based on (race and color) by John Ricks and Derek Mack, Chief Operating Officer and Business

Consultant and Director of Operations for THIRTEEN By James Harden by rewarding a $10,000 bonus to Heather Grimm, a white female employee. I was not instructed give anyone else in the building a bonus. Heather Grimm was also not actively working. She was also paid her normal salary past her 6 weeks of maternity leave.

4. Between March and May, I was forced aid in unethical practices by the expectations of John Ricks and Derek Mack, Chief Operating Officer and Business Consultant and Director of Operations for THIRTEEN By James Harden to pay company payroll, marketing and dining aesthetics out of pocket.

5. I was a victim of unethical practices and pay discrimination based on color by Lesleigh Robinson and John Ricks, Human Resource Partner and Chief Operating Officer for THIRTEEN By James Harden. I was not rewarded a bonus nor was I compensated or back paid for the extra responsibilities during my interim roles between February 28th, 2023-on or about May 30th, 2023. I was still being paid $20 an hour, as per compensation for my previous position as supervisor.

6. Between February and April 2023, I was forced to aid in unethical practices and pay discrimination based on race for Brandalyn Trahan, manager in training and waitress. She was also, not rewarded a bonus and only after multiple conversations with John Ricks and Derek Mack, Chief Operating Officer and Business Consultant and Director of Operations for THIRTEEN By James Harden, was I approved to back pay Brandalyn Trahan's wages earned between February 27th, 2023 and March 15th, 2023 on March 16th, 2023 and wages earned between March 16th, 2023 and April 16, 2023 on April 16, 2023.

7. During my shift On April 22, 2023, I was verbally assaulted, threatened and bullied(by use or derogatory profanity and racially infused slurs)by Imaine Molo, Executive Vice President or Lifestyle Promotions, Creator and Founder of The Selective Group and the Flawless Group, and Director of Marketing for James Harden's JHardern Wines, This assault was witnessed by John Ricks, Chief Operating Officer for THIRTEEN By James Harden. This behavior was unethical and discriminatory based on race.

8. On or about April 22rd, 2023, James Harden, aided in the unethical, illegal and discriminatory behavior and hiring practices, by retracting my General Manager promotion date based on the threats and verbal assault by Imaine Molo and color.

9. On or about April 23rd, 2023, forced to aid in illegal and discriminatory hiring and scheduling practices by Derek Mack, Business Consultant and Director of Operations for THIRTEEN By James Harden, to hire and schedule outside of 20-day cross-training plan based on color. One of Derek Mack's instructions per cross-training goal, was to have everyone hired spend 20 days in each position in the business starting at the host stand. This would ensure that if the business was short handed in any of its venues, all new employees would be well versed to stand in. Tiyana Willard and Britney Gonzalez both interviewed for cocktail waitress. Both were hired. But only Tiyana was placed under the new restructuring/cross training instruction and hired as a host while Britney was hired outside of the restructuring/cross-training instruction and hired as a cocktail waitress. Tiyana is a dark skinned women and Britney is a light women.

10. April 30th, 2023, I was verbally discriminated against per racial slur "nigga" by Derek Mack, Business Consultant and Director of Operations for THIRTEEN By James Harden based on race.

11. On May 19, 2023, the unethical, illegal and discriminatory hiring practices per James Harden's GM retraction (#7), filtered through upper management as Lesleigh Robinson and John Ricks, Human Resource Partner and Chief Operating Officer for THIRTEEN By James Harden, delivered a repositioning job offer to me as Hosting Event Coordinator (non-management). Due to the emotional distress caused by the unethical and discriminatory repositioning, Lesleigh Robertson, requested an immediate leave of absence from the company. ******Upon my return, the unethical behavior, bullying, harassment and discrimination continued. I believe I was being targeted to resign based on race and color.*******

12. On June 5th, 2023, Lesleigh Robinson and John Ricks, Human Resource Partner and Chief Operating Officer for THIRTEEN By James Harden aided and participated in a verbal attack and bullying during an HR call, by adding Sandra Lopez, an employee that was no longer an active front of house employee, nor full-time employee, nor was present for event in question. I was also harassed by Leza Narducci for the same event. Both Sandra Lopez and Leza Narducci are of white and/or Hispanic.

13. On July 25th, 2023, Lesleigh Robinson and John Ricks, Human Resource Partner and Chief Operating Officer for THIRTEEN By James Harden, aided in harassment and bullying by Leza Narducci, Payroll Administrator for THIRTEEN By James Harden.

14. Between the months of July and August, John Ricks, Chief Operating Officer for THIRTEEN By James Harden, participated and facilitated discriminatory job practices redistributing my event knowledge and job responsibilities to Leza Narducci, payroll administrator.

15. Due to the illegal business practices of THIRTEEN By James Harden, upon my AGM and GM interim, I acted as an advisor to John Ricks, COO to save THIRTEEN by James Harden from being seized by The Texas Comptroller of Public Accounts for sales tax evasion, and being closed down by the Houston Department of Health and Human Services Environmental Health Division / Consumer Health Services, but forced to witness other forms commercial fraud exclusive to tax evasion and account fraud and other illegal activities.

No training was provided nor made available to me by 13 Strikes LLC., DBA THIRTEEN By James Harden in regards to resources available for reporting unethical and Discriminatory practices by Human Resources. After research on my own, I decided to contact the Equal Employment Opportunity Commission. The initial contact and inquiry to the Equal Employment Opportunity Commission was made on or about July 11, 2023. The intake interview was on or about October 6th, 2023. The charge of discrimination was made on November 6, 2024. The Notice of Right to Sue was issued on September 18, 2024. I as initial contact was made while still working at THIRTEEN, my goal was to stay until a resolution was made by the EEOC. Unfortunately, the harassment became so extreme, I was forced to resign.

I did reach out to James Harden with no response and Monja Willis. During our conversation, she was supposed to send me her email, but I never received it.
Monja Willis was contacted in October 3rd, 2023
James Harden was contacted December 31, 2024.

On April 24, 2024, Respondent, 13 Strikes LLC. submitted false statements to the federal agency EEOC to persuade the decision in this federal matter. Contrary to the statements made, my performance during my interim role exceeded expectation, thus, Derek Mack, Business Consultant and Director of Operations for THIRTEEN By James Harden promoted my interim AGM status to interim GM. On April 3rd, 2023, Derek Mack sent over the official job descriptions for the current managers and managers in training.