United States District Court
Southern District of Texas
**ENTERED**
February 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Brittani Beasley, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action No. H-24-4912 |
| James E. Harden, Jr., § | |
| Monja Willis, § | |
| and 13 Strikes LLC, § | |
| § | |
| Defendants. § | |

**O R D E R**

Having reviewed the Magistrate Judge's Memorandum and Recommendation (docket no. 16) dated February 10, 2025, and no party having filed objections thereto, the Court is of the opinion that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court. Defendants, James E. Harden, Jr., Monja Willis and 13 Strikes LLC's Motion to Dismiss (docket no. 12) is **GRANTED IN PART AND DENIED IN PART**. Plaintiff, Brittani Beasley's Title VII claims against James E. Harden, Jr. and Monja Willis are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that Beasley's attempt at service is **QUASHED** and Beasley is **GRANTED** until **March 10, 2025**, to effectuate proper service of process.

**SIGNED** at Houston, Texas, on this the 25th day of February, 2025

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE