United States District Court
Southern District of Texas
**ENTERED**
November 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Brittani Beasley, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Civil Action No. H-24-4912 |
| 13 Strikes LLC § | |
| d/b/a Thirteen by James Harden, § | |
| Thirteen Houston, § | |
| Thirteen Restaurant, and § | |
| Landmark Houston Hospitality Group, LLC, § | |
| § | |
| Defendants. § | |

## ORDER OF ADOPTION

The Court has carefully considered the Magistrate Judge's Memorandum and Recommendation (docket no. 89) dated October 20, 2025, and Plaintiff Brittani Beasley's objections (docket no. 98) and amended objections (docket no. 100) and concludes that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant 13 Strikes LLC's Motion to Dismiss for insufficent service (docket no. 46) is **DENIED AS MOOT**.

It is further **ORDERED** that Defendant 13 Strikes LLC's Motion to Dismiss (docket no. 47) is **GRANTED IN PART** and Beasley's claims for failure to disclose job responsibilities, negligence, fraudulent inducement, and defamation are **DISMISSED WITH PREJUDICE**. The Motion to Dismiss (docket no. 47) is **DENIED IN PART** as to Beasley's Title VII claims for failure to promote.

It is further **ORDERED** that Beasley's Request for Leave to Amend (docket no. 54) is **DENIED**.

It is further **ORDERED** that Defendant Landmark Houston Hospitality Group, LLC's Motion to Dismiss (docket no. 65) is **GRANTED**; Beasley's Motion for Partial Summary Judgment (docket no. 69) is **DENIED AS MOOT**; and Landmark's objections to Beasley's summary judgment evidence (docket no. 88) are **OVERRULED AS MOOT**.

**SIGNED** at Houston, Texas, on this the 20th day of November, 2025

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE