United States District Court
Southern District of Texas

**ENTERED**

July 28, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Brittani Beasley, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. H-24-4912 |
| 13 Strikes LLC | § | |
| d/b/a Thirteen by James Harden, | § | |
| Thirteen Houston, | § | |
| Thirteen Restaurant, and | § | |
| Landmark Houston Hospitality Group, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF ADOPTION

The Court has carefully considered the Magistrate Judge's Memorandum and Recommendation (docket no. 124) dated July 13, 2026, and no party having filed objections thereto, the Court is of the opinion that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, Brittani Beasley's Motion for Summary Judgment (docket no. 107) is **DENIED**.

It is further **ORDERED** that Defendant, 13 Strikes LLC's Motion for Summary Judgment (docket no. 113) is **GRANTED** and all of Beasley's claims against Defendant, 13 Strikes LLC, are **DISMISSED WITH PREJUDICE.**

**SIGNED** at Houston, Texas, on this the 28th day of July, 2026.

_____

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE