United States District Court
Southern District of Texas

**ENTERED**

July 28, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Brittani Beasley, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. H-24-4912 |
| 13 Strikes LLC | § | |
| d/b/a Thirteen by James Harden, | § | |
| Thirteen Houston, | § | |
| Thirteen Restaurant, and | § | |
| Landmark Houston Hospitality Group, LLC, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with this Court's Order of Adoption entered this day adopting the Magistrate Judge's Memorandum and Recommendation, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff, Brittani Beasley's claims against Defendant,13 Strikes LLC, are **DISMISSED WITH PREJUDICE.**

Plaintiff shall **TAKE NOTHING** on the claims asserted in this case.

Costs shall be taxed against Plaintiff.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 28th day of July, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE